## ATTACHMENT A

5. Applicant has been admitted to practice before the following courts *(continued from preceding document)*:

| Court: | Admission Date: |
|---|---|
| U.S. Dist. Court, Dist. of Columbia | 5/03/2001 |
| Maryland State Bar | 6/11/2001 |
| Maryland Court of Appeals | 6/11/2001 |
| U.S. Court of Appeals for the Federal Circuit | 2/10/2003 |
| U.S. Court of Appeals for the District of Columbia Circuit | 2/19/2003 |
| U.S. Supreme Court | 11/29/2004 |
| U.S. Court of Appeals for the Fourth Circuit | 11/08/2006 |
| U.S. District Court for the District of Maryland | 2/06/2006 |
| U.S. Court of Appeals for the Eleventh Circuit | 1/04/2011 |
| New York State Bar | 9/27/2011 |
| Hopi Tribal Court | 10/27/2011 |
| U.S. Court of Federal Claims | 11/14/2011 |
| U.S. District Court for the Eastern District of New York | 4/16/2012 |
| U.S. District Court for the District of Colorado | 7/17/2013 |
| U.S. District Court for the Southern District of New York | 5/19/2017 |
| U.S. District Court for the Middle District of Florida | 5/30/2018 |
| New Jersey Bar | 11/16/2021 |
| Supreme Court of New Jersey | 11/16/2021 |
| U.S. District Court for the District of New Jersey | 1/21/2022 |