AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| PROTECO Landfill Superfund Site Generator Parties Group, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Colorcon P.R., LLC; Puerto Rico Investment Development Company; Thermo King de Puerto Rico, Inc. <br><br> *Defendant(s)* | Civil Action No.  3:23-cv-01500-FAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thermo King de Puerto Rico, Inc.
Corporation Service Company Puerto Rico, Inc.
RVM Professional Services, LLC
A4 Reparto Mendoza
Humacao, PR 00791

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Albéniz Couret Fuentes
SEPULVADO, MALDONADO & COURET
304 Ponce de León Avenue, Suite 990
San Juan, Puerto Rico 00918
Tel.: (787) 765-5656
Fax: (787) 294-0073

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Ada I. Garcia Rivera, Esq., CPA
CLERK OF COURT

Date: 10/05/2023

*Viviana Díaz* (Digitally signed by Viviana Diaz Date: 2023.10.05 09:08:55 -04'00')

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-01500-FAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thermo King de Puerto Rico, Inc.
was received by me on *(date)* 12/11/23 .

☐ I personally served the summons on the individual at *(place)* Thermo King de Puerto Rico N.
Corporation Service Company Puerto Rico, Inc.       on *(date)* 12/11/23  ; or
RVM PSJ Service, LLC Sra. Veronica Rivera Agostor, Residente A-M Reports
☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

Mendoza Humacao PR

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/11/23

LIL 1609963
*Server's signature*

Michael Rodriguez Ocasio
*Printed name and title*

PO Box 7721 SJ PR 00916
*Server's address*

Additional information regarding attempted service, etc: