AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| PROTECO Landfill Superfund Site Generator Parties Group, *Plaintiff(s)* | )))))))) |
| v. | ) Civil Action No. 3:23-cv-01500-FAB |
| Colorcon P.R., LLC; Puerto Rico Investment Development Company; Thermo King de Puerto Rico, Inc. *Defendant(s)* | ))))))) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Puerto Rico Investment Development Company
THE CORPORATION TRUST COMPANY
Corporation Trust Center 1209 Orange ST.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Albéniz Couret Fuentes
SEPULVADO, MALDONADO & COURET
304 Ponce de León Avenue, Suite 990
San Juan, Puerto Rico 00918
Tel.: (787) 765-5656
Fax: (787) 294-0073

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Ada I. García Rivera, Esq., CPA*
*CLERK OF COURT*

Date: 10/05/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:23-CV-01500

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Puerto Rico Investment Development Company**
was recieved by me on **12/12/2023**:

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **The Corporation Trust Company**, who is designated by law to accept service of process on behalf of **Puerto Rico Investment Development Company** at **1209 Orange Street, Wilmington, DE 19801** on **12/12/2023 at 11:37 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 210.00** for services, for a total of **$ 210.00**.

I declare under penalty of perjury that this information is true.

Date:  12/12/2023

*Server's signature*

**Michael Oneill**
*Printed name and title*

**1152 Kingsway Rd, #6**
**West Chester, PA 19382**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to The Corporation Trust Company with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'-5'4" tall and weighing 140-160 lbs.  Accepting service was Chimere Brooks.**




Tracking #: **0119933093**