AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| PROTECO Landfill Superfund Site Generator Parties | ) |
| *Plaintiff* | ) |
| v. | ) |
| Colorcon P.R., LLC et al. | ) |
| *Defendant* | ) |

Case No.   23-1500

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PROTECO Landfill Superfund Site Generator Parties Group                                    .

Date:       01/08/2024

s/ Joseph M. de Jesús-Maldonado
*Attorney's signature*

Joseph M. de Jesús-Maldonado - Bar. No. 309206
*Printed name and bar number*

SEPULVADO, MALDONADO & COURET
304 Ponce de León, Suite 990
San Juan, Puerto Rico 00918

*Address*

jdejesus@smclawpr.com
*E-mail address*

(787) 765-5656
*Telephone number*

(787) 294-0073
*FAX number*