AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

PROTECO Landfill Superfund Site Generator Parties Group,

*Plaintiff(s)*

v.

Colorcon P.R., LLC; Puerto Rico Investment Development Company; Thermo King de Puerto Rico, Inc.; Colgate-Palmolive de Puerto Rico, Inc.; Crown Holdings, Inc., et al.

*Defendant(s)*

Civil Action No. 23-cv-1500 PAD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CROWN Beverage Packaging Puerto Rico Inc.
Ochoa Building
500 Calle de la Tanca, Suite 514
San Juan, PR 00901

RECEIVED
JAN 10 2024
REICHARD & CALAF P.S.C.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lee R. Sepulvado-Ramos, Esq.
SEPULVADO, MALDONADO & COURET
304 Ponce de León Avenue, Suite 990
San Juan, Puerto Rico 00918
Tel.: (787) 765-5656
Fax: (787) 294-0073

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Ada I. García Rivera, Esq., CPA*
*CLERK OF COURT*

Date: 01/08/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-1500

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Crown Beverage Packaging PR inc.
was received by me on *(date)* 1/10/24 .

☐ I personally served the summons on the individual at *(place)* Crown Beverage packaging PR inc.
Plc. de agente residente, CT Coporation System on *(date)* ; or
a traves de/Lic. Federico Calaf representante CT Corp. ochoa Bld 500 calle

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1/10/24

Lic. 1609963
*Server's signature*

Michael Rodriguez Ocasio
*Printed name and title*

P.O Box 7731 S.J PR 00916
*Server's address*

Tarxa. QS14 S.J PR 00901

Additional information regarding attempted service, etc: