AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| PROTECO Landfill Superfund Site Generator Parties Group,<br><br>*Plaintiff(s)*<br>v.<br>Colorcon P.R., LLC; Puerto Rico Investment Development Company; Thermo King de Puerto Rico, Inc.; Colgate-Palmolive de Puerto Rico, Inc.; Crown Holdings, Inc., et al.<br>*Defendant(s)* | Civil Action No. 23-cv-1500 PAD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Crown Holdings, Inc.
770 Township Line Rd
Yardley, PA 19067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lee R. Sepulvado-Ramos, Esq.
SEPULVADO, MALDONADO & COURET
304 Ponce de León Avenue, Suite 990
San Juan, Puerto Rico 00918
Tel.: (787) 765-5656
Fax: (787) 294-0073

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Ada I. García Rivera, Esq., CPA*
*CLERK OF COURT*

Date: 01/08/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    3:23-CV-01500-PAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Crown Holdings, Inc.**
was recieved by me on  **1/09/2024:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **joe dover**, who is designated by law to accept service of process on behalf of **Crown Holdings, Inc.** at **770 Township Line Rd, Yardley, PA 19067** on **01/10/2024 at 11:53 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:   01/10/2024

*Server's signature*

**Brendan Markle**
*Printed name and title*

**327 fox hollow dr
Feasterville, PA 19053**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to joe dover who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.**



Tracking #: **0121900878**

