AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

PROTECO Landfill Superfund Site Generator Parties Group,

*Plaintiff(s)*

v.

Colorcon P.R., LLC; Puerto Rico Investment Development Company; Thermo King de Puerto Rico, Inc.; Colgate-Palmolive de Puerto Rico, Inc.; Crown Holdings, Inc., et al.

*Defendant(s)*

Civil Action No. 23-cv-1500 PAD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Energy Transfer (R&M), LLC
1735 Market St.
PA 19103-7501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lee R. Sepulvado-Ramos, Esq.
SEPULVADO, MALDONADO & COURET
304 Ponce de León Avenue, Suite 990
San Juan, Puerto Rico 00918
Tel.: (787) 765-5656
Fax: (787) 294-0073

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Ada I. García Rivera, Esq., CPA*
*CLERK OF COURT*

Date: 01/08/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    3:23-CV-01500-PAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Energy Transfer (R&M), LLC**
was recieved by me on  **1/22/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **CORPORATION SERVICE COMPANY**, who is designated by law to accept service of process on behalf of **Energy Transfer (R&M), LLC** at **2595 INTERSTATE DR STE 103, HARRISBURG, PA 17110** on **01/23/2024 at 11:46 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:   01/23/2024

*Server's signature*

**Elaine Beachler**
*Printed name and title*

**1116 Hudson St
Harrisburg, PA 17104**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to CORPORATION SERVICE COMPANY with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 35-45 years of age, 6'0"-6'2" tall and weighing 140-160 lbs with glasses and a goatee.**





Tracking #: **0122817561**