UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

| | |
|---|---|
| PROTECO Landfill Superfund Site Generator Parties Group, <br> *Plaintiff* <br> vs. <br> Colorcon P.R. LLC, <br> Puerto Rico Investment Development Company, <br> Thermo King de Puerto Rico, Inc., <br> Colgate-Palmolive de Puerto Rico, Inc., <br> Crown Holdings, Inc., <br> CROWN Beverage Packaging Puerto Rico, Inc., <br> Energy Transfer (R&M), LLC, Mars, Inc., and <br> Pepsi-Cola Manufacturing Co. <br> *Defendants.* | Civil Action No. 23-cv-1500 |

**[PROPOSED] ORDER**

Upon consideration of the Status Report submitted by Plaintiff PROTECO Landfill Superfund Site Generator Parties Group and Defendant Colorcon P.R., LLC., and approved by Defendants Crown Holdings, Inc., CROWN Beverage Packaging Puerto Rico, Inc., Mars, Inc., and Colgate-Palmolive de Puerto Rico, Inc., it is hereby **ORDERED**:

1. that responsive pleadings are held in abeyance at this time;
2. that the parties shall preserve and confer on an exchange of core documents related to historical PROTECO landfill operations, materials sent to the PROTECO landfill, and the composition of such materials;
3. that the parties shall meet and confer regarding the establishment of a common document repository for PROTECO landfill-related records and parties' records relevant to waste

sent to the Site and submit a status report and additional proposed scheduling order to the Court by April 1, 2024.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2024.

_____
Hon. Pedro A. Delgado-Hernández
UNITED STATES DISTRICT JUDGE