# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**PROTECO LANDFILL SUPERFUND SITE GENERATOR PARTIES GROUP,**

    **Plaintiff,**

    **v.**

**COLORCON P.R. LLC; ET AL.,**

    **Defendants.**

**CIVIL NO.  23-1500 (PAD)**

## JUDGMENT

In accordance with the Order issued today (Docket No. 33), judgment is hereby entered administratively closing this case.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of January, 2024.

                                        s/Pedro A. Delgado-Hernández
                                        PEDRO A. DELGADO-HERNÁNDEZ
                                        United States District Judge